**TORRES |TORRES STALLINGS AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ESTABAN DIAZ-SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTABAN DIAZ-SOTO,<br><br>Defendant | Case No.: 19-CR-00242 NONE-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, ESTABAN DIAZ-SOTO, hereby waives his appearance in person in open court upon the Motion for Bail Review Hearing set for Friday, April 10, 2020 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES and/or his associate. It is defense counsels understanding that all federal inmate that are currently housed in the Lerdo Facility are under quarantine. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: April 8, 2020                               */s/Estaban Diez-Soto_____*
                                                  Estaban Diaz-Soto


Date: April 8, 2020                               */s/Alekxia Torres Stallings_____*
                                                  ALEKXIA TORRES STALLINGS,
                                                  On Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Estaban Diaz-Soto is hereby excused from appearing at this court hearing scheduled for Friday, April 10, 2020.

IT IS SO ORDERED.

Dated: **April 8, 2020**

_____
UNITED STATES MAGISTRATE JUDGE