# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN DIAZ-SOTO,<br><br>Defendant. | Case No. 1:19-cr-00242-NONE-SKO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF Nos. 58, 59, 62, ) |

On April 7, 2020, Defendant Delfina Leon Felix filed a motion for bail review seeking to be released from custody. On April 8, 2020, and April 9, 2020, Plaintiff filed memorandums in support of the motion. (ECF Nos. 58, 62.) The Government filed an opposition to the motion on April 9, 2020. (ECF No. 63.)

A hearing on Defendant's motion was held on April 10, 2020. Counsel Alekxia Torres Stallings appeared by video for Defendant whose appearance was waived. Counsel Laurel Montoya appeared by video for the Government. Having considered the moving papers and the arguments presented at the April 10, 2020 hearing the Court shall deny Defendant's motion for bail review.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there

are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

The Court finds that the conditions offered by Defendant do not reasonably address the danger to the community that would be posed by the release of Defendant on bail.

For these reasons and the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, do not ensure the Defendant's appearance or the safety of the community. Therefore, Defendant's motion for bail review and release on conditions is DENIED. The Defendant remains detained as a flight risk and danger to the community.

IT IS SO ORDERED.

Dated: **April 10, 2020**

_____
UNITED STATES MAGISTRATE JUDGE